FILED

NOV 28 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. ~~CR~~ 4-11-71298 MAG (DMR) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| v. | ) | |
| | ) | |
| DAMONTAE HARRIS, | ) | |
| Defendant. | ) | |
| | ) | |

I. DETENTION ORDER

Defendant Damontae Harris is charged in an indictment with a violation of 18 U.S.C. §§ 922(g)(1) (felon in possession of a firearm and ammunition). On November 22, 2011, the United States moved for Mr. Harris' detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study. On November 28, 2011, this court conducted a detention hearing, and took proffers from both sides.

After considering the information presented to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Harris as a danger to the community and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his

DETENTION ORDER
~~CR~~ 4-11-71298 MAG (DMR)        1
cc:  Copy to parties via ECF, Pretrial Services, 2 Certified copies to US Marshal

appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). Mr. Harris is 25 years old and has a significant criminal record, including two felony drug convictions, one conviction for second degree robbery, and an arrest for grand theft that appears to have resulted in a return to prison for parole violation, if not another felony conviction. The government proffered that the police report regarding the grand theft indicates that the victim positively identified Mr. Harris as having held a gun to the victim's neck as part of the incident. The court is also particularly concerned that Mr. Harris had over ten returns to prison for parole violations from 2007 to the present. The government has met its burden of establishing by clear and convincing evidence that Mr. Harris presents a danger to the community.

## II. CONCLUSION

The Court detains Mr. Harris at this time. Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Mr. Harris shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: November 28, 2011

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 4-11-71298 MAG (DMR)          2