IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br>  v.<br><br>DAMONTAE HARRIS<br><br>    DEFENDANT. | CR 11-00885 CW<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing scheduled for June 7, 2016 is hereby VACATED and the matter is set for status regarding the supervised release violations on June 21, 2016 at 2:00 p.m.

IT IS SO ORDERED.

DATED: __06/06/2016__                    _____
                                         HON. CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE

CR 11-00885 CW

3